# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HEH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, DEPUTY JERRY LIANG (#529427), DEPUTY VU BUI (#534558), and DOES 3 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 19-4258-DMG (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [70]** |

　　　IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

　　　IT IS SO ORDERED.

DATED: April 8, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE